UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BROWN,<br>           Petitioner,<br>   v.<br>MONTEREY SUPERIOR COURT,<br>           Respondent. | Case No. 18-cv-00638-JST (PR)<br><br>**ORDER OF DISMISSAL** |

On June 26, 2018, the Court ordered petitioner, William Brown, to show cause by July 26, 2018 why this action should not be dismissed under 28 U.S.C. § 1915(g), which provides that a prisoner may not bring a civil action in forma pauperis under 28 U.S.C. § 1915 "if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). The order identified four prior dismissals that appeared to count under § 1915(g), stated that Brown did not appear to be under imminent danger of serious physical injury when he filed the complaint, and ordered Brown to show cause why pauper status should not be denied and the action should not be dismissed. The order further stated that Brown also could avoid dismissal by paying the filing fee by the deadline. Brown did not file any response to the order to show cause, and the deadline by which to do so has passed.

Each of the four earlier dismissals identified in the order to show cause counts as a dismissal for § 1915(g) purposes. Brown did not pay the filing fee, did not show that any of the prior dismissals could not be counted under § 1915(g), does not appear to be under imminent

danger of serious physical injury, and did not otherwise show cause why this action could not be dismissed.  For the foregoing reasons, Brown's in forma pauperis application is DENIED. (ECF No. 4.)  This action is DISMISSED for failure to pay the filing fee.  The dismissal is without prejudice to Brown asserting his claims in a new complaint for which he pays the full filing fee at the time he files that action.

The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 23, 2018



JON S. TIGAR
United States District Judge